# EXHIBIT "A"

                                        At IA Part 26 of the Supreme
                                        Court of the State of New
                                        York, held in and for the
                                        County of New York, at the
                                        Courthouse, 60 Centre Street,
                                        New York, New York, on the 28th
                                        day of March, 2007.

P R E S E N T:    **LAURA VISITACIÓN-LEWIS**

   Hon. Laura Visitación-Lewis,    **J.S.C**

        Justice.

------------------------------------x
HOLLY TANZ,                          :
                                     :
                    Plaintiff,       :    Index No. 350260/03
                                     :
        -against-                    :
                                     :    **MONEY JUDGMENT**
BRIAN TANZ,                          :
                                     :
                    Defendant.       :
                                     :
------------------------------------x

      Plaintiff having moved this Court, by order to show cause dated January 2, 2007, for an order confirming in part and modifying in part the report of Special Referee Leslie S. Lowenstein dated December 27, 2006; and in connection with the motion the Court having read and considered the affirmation of Glenn S. Goldstein subscribed on December 29, 2006, and the exhibits thereto, and the supplemental affirmation of Glenn S. Goldstein subscribed on January 3, 2007, and there having been no opposition thereto,

      NOW, on motion of Cohen Goldstein Silpe, LLP, attorneys for plaintiff, it is

ADJUDGED that Cohen Goldstein Silpe, LLP, 505 Park Avenue, New York, New York 10022, have judgment and recover against the defendant, Dr. Brian Tanz, 7004 Boulevard East, Guttenberg, New Jersey 07093, in the sum of $241,646.34, and that Cohen Goldstein Silpe, LLP have execution therefor.

_____
J.S.C.

**LAURA VISITACIÓN-LEWIS**
**J.S.C.**

MAR 28 2007

_____
CLERK

FILED

APR 18 2007

NEW YORK
COUNTY CLERK'S OFFICE

2